BENJAMIN A. MARGULIES ET AL., RELATORS, v. MAYOR AND ALDERMEN OF JERSEY CITY ET AL., RESPONDENTS.

Submitted May term, 1928—Decided July 27, 1928.

Before Justices MINTURN, BLACK and CAMPBELL.

For the relators, *John W. Ockford.*

For the respondents, *Thomas J. Brogan* and *Charles Hershenstein.*

PER CURIAM.

The situation existing in this matter is in the main quite the same as in Butvinik et al. *v.* Jersey City, No. 219 of the present term, and the writ is denied and the rule to show cause discharged for the reasons set forth in the memorandum filed in that cause.